UNITED STATES DISTRICT COURT   JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 25-4505-JFW(PVCx)**                                      Date:  November 6, 2025

Title:    Julietta Gharibyan, et al. -v- Mercedes-Benz North America Corporation, et al.

**PRESENT:**
   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   **Shannon Reilly**                               **None Present**
   **Courtroom Deputy**                             **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                              None

**PROCEEDINGS (IN CHAMBERS):**     ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT

   On October 30, 2025, the Court issued an Order to Show Cause Why Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction, ordering the parties to show cause, in writing, why diversity jurisdiction exists and why this action should not be remanded to Los Angeles County Superior Court for lack of subject matter jurisdiction.  Docket No. 31.  In their Responses, the parties agreed that this action should be remanded to Los Angeles County Superior Court for lack of subject matter jurisdiction.  See Docket Nos. 32 and 33.

   Accordingly, the Court concludes that it lacks subject matter jurisdiction over this action and, as a result, this action is **REMANDED** to Los Angeles Superior Court for lack of subject matter jurisdiction.  See 28 U.S.C. § 1447(e).

   IT IS SO ORDERED.